ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Officer Shawn Izzo and the
Las Vegas Metropolitan Police Department

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRISTIE ATKINSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICER S. IZZO, in his official capacity; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive,<br><br>    Defendants. | CASE NO. 2:18-cv-1279-JCM-NJK<br><br>**DEFENDANTS OFFICER SHAWN. IZZO AND THE LAS VEGAS METROPOLITIAN POLICE DEPARTMENT'S STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants Officer Shawn Izzo and the Las Vegas Metropolitan Police Department to file its response to Plaintiff's Complaint, said response being due on August 9, 2018, be extended until September 8, 2018.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants Officer Shawn Izzo and the Las Metropolitan Police Department require additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing

…

…

4819-3587-5951.1

Defendants response to Plaintiff's Complaint.

Dated this 8th day of August, 2018.                    Dated this 8th day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP         E. BRENT BRYSON, P.C.

*/s/ Robert W. Freeman*                                        */s/ E. Brent Bryson*
Robert W. Freeman, Esq.                                     E. Brent Bryson, Esq.
Nevada Bar No. 3062                                           Nevada Bar No. 4933
6385 S. Rainbow Blvd., Suite 600                        7730 W. Sahara Avenue, Suite 109
Las Vegas, Nevada 89118                                    Las Vegas, Nevada 89117
*Attorney for Defendants*                                    *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated August 9, 2018.

_____
United States Magistrate Judge