# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTIE ATKINSON,

      Plaintiff(s),

v.

OFFICER S. IZZO, et al.,

      Defendant(s).

Case No.: 2:18-cv-01279-JCM-NJK

**Order**

Pending before the Court is the parties' proposed discovery plan, indicating that they have not discussed potential settlement. Docket No. 11 at 3. Counsel were required to discuss the potential for settlement at the Rule 26(f) conference. *See* Fed. R. Civ. P. 26(f)(2) ("In conferring, the parties must consider . . . the possibilities for promptly settling or resolving the case"). Accordingly, the discovery plan is **DENIED**. Counsel shall promptly reconvene the Rule 26(f) conference. To the extent settlement is not achieved, an amended discovery plan shall be filed by October 29, 2018.

IT IS SO ORDERED.

Dated: October 22, 2018

_____
Nancy J. Koppe
United States Magistrate Judge