# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIE ATKINSON,

    Plaintiff(s),

v.

OFFICER S. IZZO, et al.,

    Defendant(s).

Case No.: 2:18-cv-01279-JCM-NJK

**Order**

Pending before the Court is the parties' interim status report. Docket No. 17. That status report fails to include the required certifications. *See* Local Rule 26-3. Moreover, that status report states without elaboration that the parties "agreed to refrain from retaining expert witnesses until issues surrounding [q]ualified [i]mmunity have been resolved." Docket No. 17 at 2. The Court has set deadlines for disclosing experts, *see* Docket No. 14, and the parties are not permitted to agree to change those deadlines without seeking and obtaining Court approval, Fed. R. Civ. P. 29(b). Court approval has not been sought or obtained.

An amended interim status report shall be filed by January 15, 2019.

IT IS SO ORDERED.

Dated: January 8, 2019

                                                                                 Nancy J. Koppe
                                                                                United States Magistrate Judge