ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Officer Shawn Izzo and the
Las Vegas Metropolitan Police Department

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| CHRISTIE ATKINSON, | CASE NO. 2:18-cv-1279-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| OFFICER S. IZZO, in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive, | **FIRST REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Reply in Support of Motion for Summary Judgment in the above-captioned case twenty one days (21) days, up to and including May 31, 2019.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for trial scheduled to commence on May 21, 2019, in *Lige v. Clark County*, et al, 2:16-cv-0603-JAD-BNW. Defendants have also been occupied in preparing a dispositive motions in *Zimmerman v. Aguilar, et al*, 2:18-cv-783-JAD-PAL, due on May 17, 2019, and a reply in support of motion for summary judgment in *Estate of Jeremy Bowling v. Las Vegas Metropolitan Police Department, et al*, 2:17-cv-1886-JAD-

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

PAL, due on May 15, 2019.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion for Summary Judgment by twenty-one (21) days from the current deadline of May 10, 2019 up to and including May 31, 2019.

DATED this 10th day of May 2019.                    DATED this 10th day of May, 2019.

LEWIS BRISBOIS BISGAARD & SMITH            E. BRENT BRYSON, P.C.

*/s/ Robert W. Freeman*                                      */s/ E. Brent Bryson*
Robert W. Freeman, Jr., Esq.                            E. Brent Bryson, Esq.
Nevada Bar No. 3062                                         Nevada Bar No. 4933
6385 S. Rainbow Blvd., Suite 600                    7730 West Sahara Avenue, Suite 109
Las Vegas, Nevada 89118                                Las Vegas, Nevada 89117
*Attorneys for Defendants*                               *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated  May 13, 2019.

_____
U.S. DISTRICT COURT JUDGE