**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIE ATKINSON,<br><br>       Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>       Defendant(s). | Case No.: 2:18-cv-01279-JCM-NJK<br><br>**ORDER** |

On January 13, 2020, Judge Mahan resolved the motion for summary judgment. Docket No. 33. To date, a joint pretrial order has not been filed. *But see* Local Rule 26-1(b)(5). The parties are hereby ORDERED to file a joint pretrial order by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge