# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIE ATKINSON,<br>　　Plaintiff(s),<br>v.<br>OFFICER S. IZZO, et al.,<br>　　Defendant(s). | Case No.: 2:18-cv-01279-JCM-NJK<br>**Order**<br>[Docket No. 35] |

Pending before the Court is Defendants' motion to extend the time to file the joint proposed pretrial order. Docket No. 35. For good cause shown, the motion is **GRANTED** and that deadline is extended to June 3, 2020.

IT IS SO ORDERED.

Dated: April 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1