# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTIE ATKINSON,

     Plaintiff(s),

v.

OFFICER S. IZZO, et al.,

     Defendant(s).

Case No.: 2:18-cv-01279-JCM-NJK

**Order**

[Docket No. 38]

     Pending before the Court is Defendants' motion to extend the time to file the joint proposed pretrial order.  Docket No. 38.  For good cause shown, the motion is **GRANTED** and that deadline is extended to July 6, 2020.

     IT IS SO ORDERED.

     Dated: May 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1