UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTIE ATKINSON,<br><br>                              Plaintiff(s),<br><br>      v.<br><br>OFFICER S. IZZO, et al.,<br><br>                              Defendant(s). | Case No. 2:18-CV-1279 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Atkinson v. Izzo, et al.*, case number 2:18-cv-01279-JCM-NJK.  On July 6, 2020, Officer Shawn Izzo and the Las Vegas Metropolitan Police Department ("LVMPD") (collectively "defendants") filed their proposed pretrial order ("PTO"). (ECF No. 40).  However, defendants filed their PTO "without [p]laintiff's participation." *Id.* at 1. This court's local rules require "the attorneys or parties who will try the case and who are authorized to make binding stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order . . . ."  LR 16-3(b).  Thus, the court will not enter defendants' PTO without plaintiff's participation.

Defendants do not specify why plaintiff Christie Atkinson, now appearing *pro se* (*see* ECF No. 32 (order granted prior counsel's motion to withdraw)), did not participate in the PTO.  (ECF No. 40).  Defendants have previously represented to the court that they mailed "[a] copy of the draft [j]oint [PTO] . . . to [p]laintiff [on] May 27, 2020, for her review and approval."  (ECF No. 38 at 2).

A copy of this order shall be mailed to plaintiff at her last known address, 7380 S. Eastern Ave, #124, Las Vegas, NV 89123.  The court also notes that plaintiff filed a "motion to proceed"

**James C. Mahan**
**U.S. District Judge**

(ECF No. 41), which lists her return address as 10217 San Giano Place, Las Vegas, NV 89144. A copy of this order shall also be mailed to that address.

Plaintiff shall contact defendants' counsel, Mr. Robert Freeman of Lewis Brisbois Bisgaard & Smith LLP, within 14 days of receipt of this order. Plaintiff shall inform defendants' counsel of the changes she wants made to the PTO, if any. If plaintiff does not request any changes, defendants shall refile their PTO as a joint PTO. If plaintiff requests changes or additions, defendants shall amend their PTO accordingly and file the new joint PTO. If plaintiff fails to contact defendants' counsel, defendants shall file a notice of such failure with this court on August 7.

The court admonishes plaintiff that failure to comply with this order may result in sanctions, including case terminating sanctions.

Accordingly,

IT IS SO ORDERED.

DATED July 13, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -